IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:15-CR-00088 |
| v. | : | (Chief Judge Brann) |
| JEMEL LAQUAN KING, | : | |
| Defendant. | : | |

## ORDER

### JULY 18, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. King's 28 U.S.C. § 2255 motion (Doc. 112) is **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge